FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 MAY 26 PM 4: 24

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Gregory Thomas Adkins**
**Pamela Jill Adkins**
SSN: XXX-XX-2279
SSN: XXX-XX-1027

Debtor(s)

Case No. 09-31033 WTT
Chapter 7

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On May 24, 2011, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T\NoticeofPymtSmDividends          1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | Sinclair | PO Box 31826<br>Salt Lake City, UT 84131 | $1.04 |

3. These funds are on deposit in Bank of America, account number 4437911784.

4. A check in the amount of One Dollar and Four Cents ($1.04), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** May 26, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Gregory Thomas Adkins & Pamela Jill Adkins
>3569 W 10305 S
>South Jordan, UT 84095-8213
>
>Gregory J. Adams
>McKay Burton & Thurman
>170 South Main Street
>Suite 800
>Salt Lake City, UT 84101

*/s/ Renee Christensen*